STATE OF CONNECTICUT *v.* JOSEPH ROSE, JR.

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant's brief is filed on or before May 1, 1974.

*Ralph F. Scofield,* for the appellant (defendant).

*Donald A. Browne,* state's attorney, for the appellee (state).

Argued April 2—decided April 2, 1974

MARTIN J. O'MEARA, JR., TRUSTEE *v.* CITY OF NORWICH
ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in New London County is granted unless the defendants file their brief on or before May 1, 1974.

*Lewis C. Maruzo,* for the appellee (plaintiff).

*Geurson D. Silverberg,* for the appellants (defendants).